Joel R. Bryant (State Bar No. 149370)
jbryant@gbflawyers.com
GREEN BRYANT & FRENCH LLP
1230 Columbia Street, Suite 1120
San Diego, California 92101
Telephone: (619) 239-7900
Facsimile: (619) 239-7800

Attorneys for Plaintiffs,

Wendy A. Sugg (State Bar No. 223335)
wsugg@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Attorneys for Defendant AT&T Mobility Services, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE AYALA-MONTES, et al. | CASE NO. 3:13-cv-03610-TEH |
| Plaintiffs, | STIPULATION OF DISMISSAL |
| v. | Dept.: Courtroom 12, 19th Flr. |
| AT&T MOBILITY SERVICES LLC, and DOES 1-100, | Judge: Hon. Thelton E. Henderson |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between Plaintiffs Enrique Ayala-Montes and Alberto Gallegos, and Defendant AT&T Mobility Services, through their designated counsel that AT&T Mobility Services be and is hereby dismissed with prejudice from the above-captioned action pursuant to FRCP 41(a)(2). This

///

///

///

///

matter was previously consolidated with Cruz et al. v. AT&T Mobilty, Case No. 3:11-cv-04508-TEH on June 25, 2013 (Ex. A), and as such was settled as part of the global settlement of that action on July 1, 2013 (Ex. B).

Respectfully submitted,

**GREEN BRYANT & FRENCH, LLP**

Dated:  August 8, 2013        /s/  *Joel R. Bryant*

Joel R. Bryant, Esq.
Jbryant@gbflawyers.com
Attorney for Plaintiffs

**CROWELL & MORING, LLP**

Dated: August 8, 2013        /s/  *Wendy A. Sugg*
Wendy A. Sugg, Esq.
wsugg@crowell.com
Attorney for Defendant

08/08/2013

IT IS SO ORDERED

Judge Thelton E. Henderson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA