1  Joel R. Bryant (State Bar No. 149370)
   jbryant@gbflawyers.com
2  GREEN BRYANT & FRENCH LLP
   1230 Columbia Street, Suite 1120
3  San Diego, California 92101
   Telephone: (619) 239-7900
4  Facsimile: (619) 239-7800

5  Attorneys for Plaintiffs,

6  Wendy A. Sugg (State Bar No. 223335)
   wsugg@crowell.com
7  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
8  Irvine, CA 92614-8505
   Telephone: (949) 263-8400
9  Facsimile: (949) 263-8414

10  Attorneys for Defendant AT&T Mobility Services, LLC

11

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14  ENRIQUE AYALA-MONTES, et al.      | CASE NO. 3:13-cv-03610-TEH

15                    Plaintiffs,     | STIPULATION OF DISMISSAL

16        v.                          | Dept.:    Courtroom 12, 19th Flr.
                                       | Judge:    Hon. Thelton E. Henderson
17  AT&T MOBILITY SERVICES LLC,
18  and DOES 1-100,

19                    Defendants.

20

21      IT IS HEREBY STIPULATED by and between Plaintiffs Enrique Ayala-

22  Montes and Alberto Gallegos, and Defendant AT&T Mobility Services, through

23  their designated counsel that AT&T Mobility Services be and is hereby dismissed

24  with prejudice from the above-captioned action pursuant to FRCP 41(a)(2). This

25  ///

26  ///

27  ///

28  ///

1    matter was previously consolidated with Cruz et al. v. AT&T Mobilty, Case No.

2    3:11-cv-04508-TEH on June 25, 2013 (Ex. A), and as such was settled as part of

3    the global settlement of that action on July 1, 2013 (Ex. B).

4

5            Respectfully submitted,

6                                    **GREEN BRYANT & FRENCH, LLP**

7

8    Dated:  August 8, 2013            ____/s/   *Joel R. Bryant*____

9                                    Joel R. Bryant, Esq.

10                                   Jbryant@gbflawyers.com
                                     Attorney for Plaintiffs

11

12                                   **CROWELL & MORING, LLP**

13

14   Dated: August 8, 2013            ____/s/   *Wendy A. Sugg*____

15                                   Wendy A. Sugg, Esq.
                                     wsugg@crowell.com

16                                   Attorney for Defendant

17

18

19

20                        UNITED STATES DISTRICT COURT

21                              08/08/2013

22                           IT IS SO ORDERED

23

24                           Judge Thelton E. Henderson

25                 NORTHERN DISTRICT OF CALIFORNIA

26

27

28